FILED

*Name:* Ansel Osornio

*Address:* 11345 Geronimo Rd

Rancho Cucamonga CA 91701

*Phone:* 424-392-0001

Iovenselosornio@gmail.com LAW

Plaintiff In Pro Per

2018 AUG 24  PM 12: 25

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
SANTA ANA

BY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

Ansel Osornio,

PLAINTIFF,

vs.

St. Mary Medical Center

DEFENDANT(S).

Case No **EDCV18-01784 JGB (KKx)**
(To be supplied by the Clerk)

COMPLAINT FOR:

Notice of Removal

**Jury Trial Demanded**

---

### I. JURISDICTION

1. This Court has jurisdiction under

---

COUNTY OF SAN BERNARDINO SUPERIOR COURT
SAN BERNARDINO JUSTICE CENTER
247 W. 3RD ST
SAN BERNARDINO, CA   92415-0210


**NOTICE**
CASE NO: CIVDS1812281

ANGEL OSORNIO
11365 GENOVA RD
RANCHO CUCAMONGA CA 91701

TITLE OF CASE: ANGEL OSORNIO -V- ST. MARY MEDICAL CENTER

CORRECTED CASE NAME}
PLEASE BE ADVISED THAT THE CASE NAME HAS BEEN CORRECTED AS FOLLOWS:
ANGEL OSORNIO -V- ST. MARY MEDICAL CENTER. THANK YOU.


DATE: 06/20/18   Nancy Eberhardt, Court Executive Officer
                                   BY: ASHLEY MULCAHY
-------------------------------------------------------------------
-------------------------------------------------------------------

CERTIFICATE OF SERVICE BY MAIL

I am a Deputy Clerk of the Superior Court for the County of San
Bernardino at the above listed address.I am not a party to this action
and on the date and place shown below,I served a copy of the above
listed notice by:
( ) Enclosed in an envelope mailed to the interested party address
    above, for collection and mailing this date, following ordinary
    business practice.
(√) Enclosed in a sealed envelope, first class postage prepaid in the
    U.S. mail at the location shown above,mailed to the interested
    party and addressed as shown above, or as shown on the attached
    listing.        .


Executed on 06/20/18, at San Bernardino, California.

                              By: ASHLEY MULCAHY
                              _____
                                   Deputy Clerk

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO


San Bernardino District - Civil
247 West Third Street

San Bernardino, CA. 924150210
------------------------------------------------------------------------
------------------------------------------------------------------------
                                   CASE NO: CIVDS1812281

   ANGEL OSORNIO
   11365 GENOVA RD
   RANCHO CUCAMONGA CA 91701
                              NOTICE OF TRIAL SETTING CONFERENCE


IN RE: OSORNIO-V-ST. MARY MEDICAL

THIS CASE HAS BEEN ASSIGNED TO: BRYAN F FOSTER IN DEPARTMENT S22
FOR ALL PURPOSES.

Notice is hereby given that the above-entitled case has been set for
Trial Setting Conference at the court located at 247 W. 3RD ST
SAN BERNARDINO, CA  92415-0210.

        HEARING DATE: 11/19/18 at  8:30 in Dept. S22


DATE: 05/17/18  Nancy Eberhardt, Court Executive Officer
                                   By: EDEN STARICKA
------------------------------------------------------------------------
------------------------------------------------------------------------
                   CERTIFICATE OF SERVICE

I am a Deputy Clerk of the Superior Court for the County of San
Bernardino at the above listed address. I am not a party to this
action and on the date and place shown below, I served a copy of the
above listed notice:
( ) Enclosed in a sealed envelope mailed to the interested party
addressed above, for collection and mailing this date, following
standard Court practices.
( ) Enclosed in a sealed envelope, first class postage prepaid in the
U.S. mail at the location shown above, mailed to the interested party
and addressed as shown above, or as shown on the attached listing.
( ) A copy of this notice was given to the filing party at the counter
( ) A copy of this notice was placed in the bin located at this office
and identified as the location for the above law firm's collection of
file stamped documents.

Date of Mailing: 05/17/18
I declare under penalty of perjury that the foregoing is true and
correct. Executed on 05/17/18 at San Bernardino, CA

                              BY: EDEN STARICKA

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:** *St. Mary Medical Center* 1/3
*(AVISO AL DEMANDADO):* *Dignity Health*

**YOU ARE BEING SUED BY PLAINTIFF:** *Angel Osornio*
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**F I L E D**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

MAY 1 7 2018

BY _____
EDEN STARICKA, DEPUTY

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
Superior Court of California
County of San Bernardino
San Bernardino District-Civil Division
247 West Third Street
San Bernardino, CA 92415-0210

**CASE NUMBER:**
*(Número del Caso):*
CIVDS1812281

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

**DATE:** MAY 1 7 2018
*(Fecha):*

**Clerk, by** Eden Staricka , **Deputy**
*(Secretario)* *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]
COPY

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN BERNARDINO

_Angel Osorno_

_vs._

_St. Mary Medical Center & Dignity Health_

CASE NO.: CIVDS1812281

### CERTIFICATE OF ASSIGNMENT

A civil action or proceeding presented for filing must be accompanied by this Certificate. If the ground is the residence of a party, name and residence shall be stated.

The undersigned declares that the above-entitled matter is filed for proceedings in the _____ District of the Superior Court under Rule 404 of this court for the checked reason:

☐ General          ☐ Collection

| | Nature of Action | Ground |
|---|---|---|
| ☐ | 1. Adoption | Petitioner resides within the district. |
| ☐ | 2. Conservator | Petitioner or conservatee resides within the district. |
| ☑ | 3. Contract | Performance in the district is expressly provided for. |
| ☐ | 4. Equity | The cause of action arose within the district. |
| ☐ | 5. Eminent Domain | The property is located within the district. |
| ☐ | 6. Family Law | Plaintiff, defendant, petitioner or respondent resides within the district. |
| ☐ | 7. Guardianship | Petitioner or ward resides within the district or has property within the district. |
| ☑ | 8. Harassment | Plaintiff, defendant, petitioner or respondent resides within the district. |
| ☐ | 9. Mandate | The defendant functions wholly within the district. |
| ☐ | 10. Name Change | The petitioner resides within the district. |
| ☐ | 11. Personal Injury | The injury occurred within the district. |
| ☐ | 12. Personal Property | The property is located within the district. |
| ☐ | 13. Probate | Decedent resided or resides within the district or had property within the district. |
| ☐ | 14. Prohibition | The defendant functions wholly within the district. |
| ☐ | 15. Review | The defendant functions wholly within the district. |
| ☐ | 16. Title to Real Property | The property is located within the district. |
| ☐ | 17. Transferred Action | The lower court is located within the district. |
| ☐ | 18. Unlawful Detainer | The property is located within the district. |
| ☐ | 19. Domestic Violence | The petitioner, defendant, plaintiff or respondent resides within the district. |
| ☐ | 20. Other | |
| ☐ | 21. THIS FILING WOULD | NORMALLY FALL WITHIN JURISDICTION OF SUPERIOR COURT |

The address of the accident, performance, party, detention, place of business, or other factor which qualifies this case for filing in the above-designed district is:

_Angel Osorno_                          _11365 Genova Road_
NAME – INDICATE TITLE OR OTHER QUALIFYING FACTOR          ADDRESS

_Rancho Cucamonga_          _CA_          _91701_
CITY                          STATE          ZIP CODE

I declare, under penalty of perjury, that the foregoing is true and correct and that this declaration was executed on _____ at _____, California

_____
Signature of Attorney/Party

### CERTIFICATE OF ASSIGNMENT

13-16503-360, Rev 06-2014

**CM-010**

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Angel Osorio
11205 Bernoni Road
Rancho Cucamonga CA 91701
TELEPHONE NO.: 424-392-0001    FAX NO.:
ATTORNEY FOR *(Name):*

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE:
BRANCH NAME:

CASE NAME: Angel Osorio vs St. Mary Medical Center & Dignity Health

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

MAY 17 2018

BY _E. Staricka_
EDEN STARICKA, DEPUTY

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: CIVDS1812281 |
|---|---|---|
| ☑ Unlimited (Amount demanded exceeds $25,000) ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter ☐ Joinder Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE: DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☑ Medical malpractice (45)
☐ Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)
**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)
**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)
**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)
**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
☐ Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties    d. ☐ Large number of witnesses
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve    e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. ☐ Substantial amount of documentary evidence    f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☑ monetary    b. ☐ nonmonetary; declaratory or injunctive relief    c. ☐ punitive
4. Number of causes of action *(specify):*
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related cases. *(You may use form CM-015.)*

Date:
Angel Osorio
(TYPE OR PRINT NAME)    ► _Angel_ (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
*www.courtinfo.ca.gov*

1   Angel Osornio
2   11365 Genova Road
3   Rancho Cucamonga CA 91701
4   424-392-0001        loveangelosornio@gmail.com

5   Attorney(s) for

6                                            F I L E D
                                    SUPERIOR COURT OF CALIFORNIA
7                                      COUNTY OF SAN BERNARDINO
                                         SAN BERNARDINO DISTRICT

8                                        MAY 1 7 2018
          COURT OF CALIFORNIA, COUNTY OF

9                                   BY _____
                                       EDEN STARICKA, DEPUTY

10                    Angel Osornio        )  No.

11   Plaintiff(s) _____          }        CIVDS1812281

12   vs.                                   }

13                    St Mary Medical Center's }

14   Defendant(s) Dignity Health

15   On April 5 2018 I was hospitalized from the Social
16   Security office on Parkway Ave in Victorville CA. Due to
17   gas exposure from my mothers home in Apple Valley CA.
18   
19   While in the ambulance the person that was taking my
20   EKG notified that I might have a irregular heart
21   beat and that I should get that checked out as soon
22   as I arrived to St Joseph Health St. Mary
23   hospital it was a complete Disaster. Nobody was
24   doing there job! Everyone was on there phones,
25   on Social media not attending to the patients.
26   Some mexican and white girl were completly

PP-300
7/99

Legal
Solutions
© Plus

①

inapropriate with their behavior and there tone of voice! I was not taken seriously as a patient! I was not seen in a timely manor. I would not be suprised if somebody called Osha that day due to the disgusting stench that was in the hospital. I literally wanted to throw up. I asked them for a mask because it stunk so bad. I don't feel that they took all the percautions they needed to take for me as a patient. There should of been another Ekto and a Ultra-sound of my heart. The levels of my oxygen were not where they needed to be. I should of been sent to the oxygen tank that one of the members of the hospital discussed. Also I was given a perscription for Vertigo! (as y'in personel) Meclizine Hcc 25 mg tablets and on the perscription there was a note that Read

②

Dizziness & Giddiness! Do you think that is apropriate? No that is an assoit and I'm not gonna tolerate that abosue behaviour from a group that calls themselves professionels but are a bunch of idiats that Dont take there job serious. I would like to let you know I'm in the process of Seeing a Cardiologst and they are gonna be responsible for not taking proper action. they also should of taken a MRI. I would also like to add nobody is allowed to make legal decisions on my behalf or towardS or against St. Mary Medical Center or Dignity Health. I'll be waiting for your reponse.

Angel Osornio

May 17 2018

18300 Highway 18
Apple Valley, CA  92307

760-242-2311

OSORNIO,ANGEL
20852 DEL ORO RD

APPLE VALLEY,        CA 92308

*** This is an ED Patient: please fill Stat ***
Sex F    Age 33
Birthdate 09/13/1984

1

MECLIZINE HCL 25 MG Tablet
  25 MG ORAL - Three Times Daily
Max Daily Dose:
  ☐ Do Not Substitute      Date Issued 04/05/2018

Refills (No Refills)     ☒0  ☐1  ☐2  ☐3  ☐4  ☐5  ☐6
Diagnosis R42            DIZZINESS AND GIDDINESS

Qty 20 Tablet (TWENTY)

Quantity    ☒1-24   ☐25-49   ☐50-74   ☐75-100   ☐101-150   ☐151 and over

Refills: ☒0 ☐1 ☐2 ☐3 ☐4

Prescription is void if number of drugs prescribed is not noted: 0/1

Prescriber's Signature                              Date 4/5/18
Yin, Casey M
Lic# PA5
DEA# MY4                    18300 Highway 18
NPI# 1811                   Apple Valley, CA
                            Phone# 760-242-2311 x6500

RXM.RX.zcus.su.rx.script.mult                    IDC-10 Compatible

COLOR

Designated ED Physician: Ali Ebrahim, M.D. Medical Director   DEA: BE6529210   Lic #: A73780

Batch                Form #7710.051 (10/16)         N° 5702      SL Mary Medical Center

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

JUN 12 2018

BY _Lorna Mumper_
LORNA MUMPER, DEPUTY

**FILED ON DEMAND**

1  Angel Osornio
2  11305 Genova Road
3  Rancho Cucamonga CA 91701
4      424-392-0001    loveangelosornio@gmail.com
5  Attorney(s) for

6

7

8                    COURT OF CALIFORNIA, COUNTY OF

9

10                                          No. CIVDS1812281
11      Plaintiff(s) Angel Osornio    } Amendment Response
12  vs.
13              St. Mary Medical Center, et al
14      Defendant(s)
                                          June 11 2018
15

16  Per Your Request of the Form of Interrogatore(s) for
17  Civil Case for All Questions that have an X!
18

19

20  (A) Regarding the Incident on April 5 2018 I was hospitalized
21  from the (Social Security office on Parkway Ave In Victorville
22  CA due to gas Exposure) from my mothers home in Apple
23  Valley CA. While in the ambulance the person that was
24  taking my EKG notice(d) that I might have a irregular
25  heart beat and that I should get that checked out
26  as soon as possible. As I arrived to St Joseph Health
27  St Mary hospital if was a complete Disaster. Nobody was
28

7/99
PP-300
Legal
Solutions
& Plus    (1)

doing there job. Everyone was on there phones on social media not attending to the patients. Some mexican and white girl were completly inapropriate with their behavior and there tone of voice. I was not taken seriously as a patient. I was not seen in a timely manor. I would not be suprised if somebody called osha that day due to the disgusting stench that was in that hospital. I literally wanted to throw up. I asked them for a mask because it stunk so bad. I dont feel that they took all the percautions they needed to take for me as a patient. There should of been another EKG and a ultra-sound of my heart. The levels of my oxygen were not where they needed to be. I should of been sent to the oxygen tank that one of the members of the hospital discussed. Also I was given perscription for Vertigo. Casey Yin perscribed meclizane Hcl 25 mg tablets and on the perscription there was a note that read dizziness and Giddiness. Do you think that is apropriate? No that is an assoit and I'm not gonna tolerate that abosive behavior from a group that calls them selves professionals but are a bunch of idiots that dont take there job serious. I would like to let you know I'm in the process of seeing a cardiologist and they are gonna be responsible for not taking

taking proper action. They also should of taken a MRI. I would also like to add nobody is allowed to make legal decisions on my behalf or against St. Mary Medical Center or Dignity Health. St Joseph St. Mary hospital was a misrepresentation on Code 15.18 Proposition 51, Code 15.18 B Injury Aggravated by Medical Practice, Code 15.41 Medical cross Malpractice, Micra, Code 9.11 Duty to Inform patient, Code 9.12 Risks of non-treatment, Liability Code 9.57, Code 9.60 Hospitals Respondent Superior liability Code 9.61 Diligence in Attending Patient or in calling Physician. Code 9.62 Duty to provide Emergency Service and Care or Surgical Services. Code 9.64 Other Insured, Benifits or treatments. Code 9.69 Absence of Doctor-Patient Relationship. Code 9.74 Action against hospitals and others. Code 9.17 Abandment of Patient. Code 9.18 Breach or Comedy of Warranty Reevit. Code 9.19 Fraud Misrepresentation. Code 9.20 Inflicting Emotional Distress Code 9.21 Invading Patient Privacy Rights. Code 9.22 the liability in Reproductive Situations

③

Code 1-3 Deceases). Code 1-4 Special General, ETC.

(B) nobody is to act on my behalf or take or make any legal decisions regarding any of my case except for me Angel Osorio June 11 2018

(C) — nobody Except Angel Osorio June 11 2018

(D) Im going to attach a copy of perscription. There was no copy of EKG?

(E) Medical State of California ID 9133389 A67352
Issue Date 12-18-17

(F) Be more specific on address of what your asking for?

1 0 Identity of Persons Answering these Interrsative)

Angel Osorio
11365 Genova Road) 7
Rancho Cucamonga CA 91701
424-392-0001
Im representing myself!

4

2.0 General Background Information - Individual

2.1 California

A — Angel Osorio

B - only Angel Osorio

C - Born 09-13-84


2.2 Place of Birth

Torrance Memorial Hospital Torrance Ca born Sept 13 1984


2.3 At the time of the incident, did you have a drivers

licence

A — California

B- D2901731

C Sept 13

D No Restrictions


2.5 State

A - 11365 Genova Road Rancho Cucamonga CA 91701

B - present 11365 Genova Road Rancho Cucamonga CA 91701

Yes moved from 20852 Del Oro Road Apple Valley CA 92308
April 2018

18-09 - Yes 509 S Grand Ave San Pedro Ca
Apt A

2016    5808 S Pacific Coast Highway #16 Redondo Beach CA

2015    13603 Marina Pointe Dr #0304 Marina Del Rey CA

2011    7021 Alvern St Apt 210 Los Angeles CA

(5)

Ⓒ ① April 2018 - Present  11365 Genova Road) Rancho Cucamonga CA 91701

② January 2018 - April 2018  26852 Del Oro Road) Apple Valley CA 92308

③ December 2017 - January 2018 & 509 S Grand) Ave Apt A San Pedro CA

④ 2016   5808 S Pacific Coast Highway #16 Redondo Beach CA

⑤ 2015   136303 Marina Pointe Dr. Marina Del Rey CA

⑥ 2011   7027 Alvern St Apt 210  Los Angeles CA

2.6 State

A  Presently on Disability not working

B ① 2016 - operations Manager at PCH Dental in Torrance Ca
└ Im gonna attach copy of Resume

2.7 State

A  9th Grade - Cypress High School in Cypress CA
10th Grade - Lakewood) High School in Lakewood) CA
11th Grade - Cypress High School in Cypress CA
12th Grade - Victor Valley High School in Victorville CA

2003 - Victor Valley College in Victorville CA

2012 - Cottonwood) College in Cypress CA

b Dates Attended ] → Irrelevant
graduated ] Victor Valley High School 2003
graduated ] Cottonwood ] Leadership 2014

C    - Received ] AA In Biblical Studies

D.    - High School Diploma
      - AA In Biblical Studies.

2.8    A - Never Been Convicted ] Of a felony

2.9    I only Speak English

2.10   Yes I can Read ÷ write English

2.11   NO

2.12   NO

2.13   Had one glass of wine for Mothers Birthday.
       (A) 20852 Del Oro Road ] Apple Valley CA 92308
       (B) Celebration ]
       (C) one Glass

(7)

& around 9:00 pm

e - no substance was taken

f. 20852 Del Oro Road, Apple Valley CA 92308

G Nothing was perscribed. My Mother had a gas leak in her house and I was breathing in gas from my closet where the dryer is hooked up. There was a hole in my closet and I woke up not feeling so great and told my mom I smell gas? I told her to call gas company and she said dont call them till afternoon? I told her call them now! What if the house blows up. I called them and the gas company found a pin-hole leak in the dryer! She and I were not talking. She put my life in danger and this is not the first time. I left and went to hotel because I didnt feel safe living with her husband, her and my Grandpa. I now live with a friend until I get my settlements

⑧

4.0 Insurance

4.1 The only Insurance is State of California Medical for my medical Expenses.

A. State Insurance Medical

B. Medical    PO BOX 13029 Sacramento CA 95813-4029

C. Angel Osorio    Does not have medical Anymore

D. 91333896A 67352

E. Unknown ?

F. MRI was not fully taken

G. 800-541-5555

4.2 At this moment I have IEHP. Out of this incident (the Dr. Should) of taken a MRI and EKC ?

6.1 I have alot of Physical Pain Everyday! Mentally I'm very strong. Emotional I am disapointed on how they hurted my visit there.

6.2 - Continued dilbration of Lumbar Spul seeing Nuero Dr. Therative Spul
    - Pending Cardio
    - Mgneral Disorder
    - Scolios

⑨

- Lordosis
- C5 C6 Stenosis
- Hip and Knee Pending for MRI

- Vertigo
- Migraines
- Headaches

6·3
A. Yes as described at the beginning of Questions.

B. Worse

C. Pain Everyday and Very hard to do daily activities.

6·4 - Im in the process of Consults

6·5  I took the samples of Meclene 25 mg.

6·6  The ambulance took EKG & Did not give to Dr.?

A. Gas Exposer

B. April 5 2018

C. Medical Covered 100%

D. 18300 Highway 18 Apple Valley CA 92307  760-242-2311
   Casey Yin MD.

10

6·7 Yes

A  Saban Clinic  8405 Beverly Blvd  Los Angeles  CA  90048

B. Neuro
   orthopedics
   Cardio
   physical Therapy
   Spine Specialist.

C  migraines, headaches), Sharp Pain, Vertigo, mental Disorder, Scoliosis,
   Lordosis, Shortness of Breath. ETC
   Hip, knee

8·0
   8·1 - Yes One Hundred Million Dollars
   8·2 - Not working
   8·3 - PCH Dental in Torrance for Maha Hanna   April 23 2017 last Day.
   8·4 - 4,000 - 5,000
   8·5 - Went on Unemployment
   8·6 - Was on Disability & going to Dr. appointments

⑪

8·7 - One Hundred Million Dollars

8·8 - No Im going to set every Penny out of People that dont comply with Standard of Care.

A. My Career and livery

B. One Hundred million

C. I plan on Retiring and opening up business. Possibly running for govenor.

D. They tried to ruin my life!

9·0 Other Damages

9·1 Yes
A) Head, Neck, Back, Hip, Knee, Heart

B) Been like this since 2011

C) Suing St Joseph St Mary Dignity Health

D) In the process of appointments

9·2 Yes, Also In the process. I'll give you copies of Test from previous Xrays and Ekgs and upon new appointments We can discuss those images.

13

# Medical History

10.1 Yes

A) Migranes, headaches, Vertigo, Neck, back upper & Lower, hip and knee extreme pain

B) Since 2011 still having Pain Presently

C) ① Kaiser ① 6041 Cadillac Ave Los Angeles CA 90034   323-857-2000
   ② 12001 Washington Blvd Los Angeles CA 90044   1-800-954-8000

② Marina Del Rey Hospital  310-823-8911
   4650 Lincoln Blvd
   Marina Del Rey CA 90292

{ Quest Diagnostics
  for Blood;
  Dr. Errie Terrazes

③ Dr. Sonathon Brand
   4644 Lincoln Blvd Suite 111  310-306-6466 X148
   Marina Del Bey CA 90292

④ Torrance Memorial Physian Network
   22411 Hawthorne Blvd  310-784-3740
   Torrance CA 90505

⑤ Providence Little Company of Mary Medical Center Torrance
   4101 Torrance Blvd  310-303-5600
   Torrance CA 90503

⑬

6) Modern Womans Care
3440 Lomita Blvd Suite 240
Torrance CA 90505  310-539-5060

7) Cedars Sinai
127 S. San Vicente Blvd Suite A6600
Los Angeles CA  90048  310-423-7900

8) Saban Clinic
8405 Beverly Blvd  323-648-4181
Los Angeles CA 90048

9) Dr. Raafat S Iskander
6200 Wilshire Blvd Suite 1708
Los Angeles CA 90048   323-939-0008

10) St. Joseph St Mary Hospital
18300 Highway 18   760-242-2311
Apple Valley CA 92307

(14)

(11) Western University Medical Center

8686 Haven Ave          909-706-3950

Rancho Cucamonga CA 91730


(12) San Antonio Hospital    909-985-2811
     was emergency visit
     999 San Bernadino Road
     Upland CA 91786


(13) In the process of Seeing Neuro Dr.


(14) In the process of Seeing Cardiogist Dr.


(15) In the process of Seeing Ortho-pedics Dr.


10.2 - Emotional Distress Due to Negligence; Abundment of
     Dr's that are not property doing Job.


10.3 Yes
     A. Having Heart palpatations in process of Seeing cardio Dr.
     Also having Extreme Pain with migraines, Headaches, Neck, upper &
     Lower Back hip and knee.


(15)

B) they are listed in previous list

C) In the process of finding out

D) listed in previous Question

E) In the process of finding out treatment.

11.0  Yes

A. Kaiser Court Date September 14 2018    8:30 am

Cedars Sinai Court Date  November 19 2018  8:30 am

St. Mary Court Date November 19 2018   8:30 am

Dr. Iskander Court Date November 21 2018

Torrance Memorial Network November 21 2018

Marina Del Rey Hospital court November 26 2018

Little Providence St. Mary Hospital court Date Nov. 26 2018

All Cases are Filed at San Bernadino Superior Court
Justice Center in San Bernadino





(B) ① Kaiser   323-857-2000 ( Action 45)

② Cedars Sinai   310-423-7900 (Action 45)

③ St. Mary St Joseph Hospital  760-242-2311 (Action 45)

④ Dr Iskander  323-242-2311 ( Action 45)

⑤ Torrance Memorial Network  310-784-3740 (Action 45)

⑥ Marina Del Rey Hospital  310-823-8911 (Action 45)

⑦ little Providence St. Mary Hospital  310-303-5600 (Action 45)

(C) All cases listed Above were filed at
Superior Court of Ca
County of San Bernadino
San Bernadino District Civil Division
247 West Third Street
San Bernadino  CA  92415-0210

(D) Im representing myself in All cases
Angel Osornio                    loveangelosornio@gmail.com
11365 Genova Road
Rancho Cucamonga  CA  91701    424-392-0001

⑰

 Pending

(f) Severe migranes, Vertigo, Headaches, Neck Pain (5 C6 Stenosis), Lordosis, Scolosis, Myneral Disorder, Hip and Knee Pain, Chest Pain, Shortness of Breath with Heart Palpitations and Myalgias. Im In the process of Seeing some Drs.

11.2   NO

12.0   Called the gas company that Dug on April 5 2018

12.2   NO

12.3   Yes I sent the Board of Medical Board a notice.

A. 2005 Evergreen St Suite 1200 Sacramento CA 95815-3831
      916-263-2528

B. 2005 Evergreen St Suite 1200 Sacramento CA 95815-3831

C. Not sure? You can call and ask them?

D. ?

(18)

12·4  A - Just Xrays, CT's EKGs?

(B) ① Kaiser
② Cedars Sinai
③ Beverly Hills Tower Wilshire
④ Aesthic Beverly Hills Dental office
⑤ St Joseph ÷ St Mary Hospital
⑥ Providence St Mary Medical Center
⑦ San Antonio Medical Center

(C) ① Kaiser    2-28-2012   C  R - CH2
                8-14-2015   DX - CH4
                6-29-2015   CT/SR - CT Head 1

② Cedars Sinai
                C - Spine  4/12/2018

③ Beverly Hills Tower Wilshire 3-2-2018
   XR Skull less than 4 Views - Head
   XR Sacrum & Coccyx
   XR Lumbar Spine

⑲

④ Dental office (Smile Boutique) Beverly Hills
   CT Scan

⑤ St Joseph > St Mary Hospital
   Never got copies of EKGs?
        Three were taken

⑥ Providence St. Mary Medical Center
        EKG   11-23-17

⑦ San Antonio Medical Center
        two EKGs were taken  5-20-18


D.  ① Kaiser 6041 Cadillac Ave Los Angeles CA 90034
                        323-857-2000
    ② Kaiser 12001 Washington Blvd Los Angeles CA 90044
                        800-954-8000

    ② Cedars Sinai
        127 S. San Vicente Blvd Suite A6600
        Los Angeles CA 90048  310-423-7900

㉚

③ Beverly Hills Tower Imaging Center
8750 Wilshire Blvd Suite 100
Beverly Hills CA 90211  310-689-3100

④ Smile Botael Beverly Hills
239 S. La Cienega Blvd Suite 300
Beverly Hills CA 90211
424-281-0959

⑤ St Joseph ÷ St Mary Hospital
18300 Highway 18  760-242-2311
Apple Valley CA 92307

⑥ Providence Little Company of Mary Medical Center Torrane
4101 Torrance Blvd
Torrance CA 90503  310-303-5600

⑦ San Antonio Medical Center
999 San Bernadino Road  909-985-2811
Upland CA 91784

㉑

e. myself and the places listed in D

12·5 ~~~~~~~~~~~~~~~~~~~~~~~~~~~~
L ? Please Restate The Question

12·6 ?

12·7  A - The California Medical Board
2005 Evergreen St Suite 1200
Sacramento CA 95815-3831
916-263-2528

I would like to add nobody is allowed to sue against St. Joseph, St Mary or Dignity Health except for me Angel Osornio or make any legal decisions on my behalf except for me Angel Osornio June 11 2018  Thank You

32

# Angel Osornio

Redondo Beach Ca 90277   424-392-0001 loveangelosornio@gmail.com

**Summary Qualifications:** Highly Motivated Executive Account Manager who is a results driven innovator thinker that gets the job done! Superior analytical skills, practiced at drilling down to transaction/workflow details in support of process and profit improvement. Proficient in supplying quick responses to financial inquires from internal management and potential clients

**Skills & Abilities**

Personal: Achievements:

Impacted Sales and Profitability, Delivered critical marketing decisions, and led the company through Dynamic growth and Territory Expansion, 5000, 000.00-Cosmetic Dentistry Sales, 350,000.00-Cosmetic/Plastic Sales, Physician Open House Extraordinaire

**Qualifications:**

*Expertly handle accounts, payments and refunds*Close monthly and yearly accounts*Draft invoices, reports and vendor payments*Manage financial statements and organize data* Technology savvy and able to learn new software programs quickly*Create new methods for reducing errors when data is input in system*Sales and Marketing*Promotions*New Territory Launches*Merchandising*Customer Relations*Team Building and Development* Managing*Payroll*Employee Relations*Set up Bonus Programs*Set up Monthly Goals

**Skills**

Customer service relations, Project Management, Relationship building, Revenue Growth Generation, Staff training and development, E-mail as cold calling, Pre call planning-Benefits, Gathering Information, Gaining commitment, Product features and Benefits, Telephone sales, listening Skills, Product/ Solutions, Excellent Communication/ Written Skills, Office Manager, Surgical Consultant

**Experience**

2016-Current-PCH/Cherry Dental-Operations Manager/Consulting/Marketing

- ✓ Operations Manager who brought back a business that was in the red zone to the green zone.
- ✓ Operations Manager who brought over 120,000 of billing from 2014 to current
- ✓ Operations Manager who brought a practice completely paperless and built office protocol
- ✓ Operations Manager who Credentials Office and Dr staff with insurance companies (hmo and ppo), etc